# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HEGSTAD, LAWRENCE MICHAEL | § | Case No. 10-55598 DRC |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on             .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of             $

        Funds were disbursed in the following amounts:

        Payments made under an interim
        disbursement
        Administrative expenses
        Bank service fees
        Other payments to creditors
        Non-estate funds paid to 3rd Parties
        Exemptions paid to the debtor
        Other payments to the debtor

        Leaving a balance on hand of[1]             $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                and the deadline for filing governmental claims was                . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $             .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $            , for a total compensation of $           [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $           [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/GINA B. KROL_____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

Exhibit A

| | |
|---|---|
| Case No:   10-55598   DRC   Judge: Donald R. Cassling | Trustee Name:   GINA B. KROL |
| Case Name:   HEGSTAD, LAWRENCE MICHAEL | Date Filed (f) or Converted (c):   12/16/10 (f) |
| | 341(a) Meeting Date:   02/15/11 |
| For Period Ending:  06/30/14   (8th reporting period for this case) | Claims Bar Date:   09/21/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 1210 BROOKSTONE DRIVE, CAROL STREAM IL | 205,000.00 | 0.00 | | 0.00 | FA |
| 2. NOMINAL CASH | 75.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING & SAV. CHASE | 600.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING AT DU PAGE CU | 14.00 | 0.00 | | 0.00 | FA |
| 5. MISC FURNITURE FURNISHINGS AND ELECTRONICS FOR 4 B | 600.00 | 0.00 | | 1,500.00 | FA |
| 6. MISC OLD USED CLOTHING | 300.00 | 0.00 | | 0.00 | FA |
| 7. OLD WATCH | 10.00 | 0.00 | | 0.00 | FA |
| 8. FISHING EQUIPMENT | 75.00 | 0.00 | | 1,000.00 | FA |
| 9. MODEL RAIL EQUIPMENT | 200.00 | 0.00 | | 1,500.00 | FA |
| 10. PISTOL, 2 SHOT GUNS, 2 RIFLES, 2 REVOLVERS | 800.00 | 0.00 | | 0.00 | FA |
| 11. TERM LIFE POLICY WITH MIDLAND NATIONAL | 1.00 | 0.00 | | 0.00 | FA |
| 12. WORK LIFE POLICY | 1.00 | 0.00 | | 0.00 | FA |
| 13. CAROL STEAM FIRE PROTECTION DISTRICT POST EMPLOYME | 19,650.00 | 0.00 | | 0.00 | FA |
| 14. CAROL STREAM FIRE DIST. DEFERRED COMP PLAN | 20,000.00 | 0.00 | | 0.00 | FA |
| 15. ROTH IRA  VANGUARD | 2,300.00 | 0.00 | | 0.00 | FA |
| 16. 1995 CHEVROLET LUMINA | 500.00 | 0.00 | | 0.00 | FA |
| 17. DODGE DURANGO | 13,000.00 | 0.00 | | 5,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.05 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $263,126.00   $0.00   $9,001.05   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2

Exhibit A

| | | |
|---|---|---|
| Case No: | 10-55598    DRC    Judge: Donald R. Cassling | Trustee Name:    GINA B. KROL |
| Case Name: | HEGSTAD, LAWRENCE MICHAEL | Date Filed (f) or Converted (c):    12/16/10 (f) |
| | | 341(a) Meeting Date:    02/15/11 |
| | | Claims Bar Date:    09/21/11 |

Trustee to review claims and file TFR.

October 17, 2013, 02:23 pm

Initial Projected Date of Final Report (TFR): 06/30/12     Current Projected Date of Final Report (TFR): 07/31/14

/s/    GINA B. KROL

_____    Date: 06/30/14

GINA B. KROL

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit B

| Case No: | 10-55598 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | HEGSTAD, LAWRENCE MICHAEL | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0394  Checking Account |
| Taxpayer ID No: | *******9769 | | | |
| For Period Ending: | 06/30/14 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 8,870.49 | | 8,870.49 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.47 | 8,865.02 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.65 | 8,859.37 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.46 | 8,853.91 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.64 | 8,848.27 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.15 | 8,835.12 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 7.66 | 8,827.46 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.86 | 8,815.60 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.11 | 8,802.49 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.66 | 8,789.83 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.07 | 8,776.76 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.63 | 8,764.13 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.03 | 8,751.10 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.01 | 8,738.09 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.57 | 8,725.52 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.97 | 8,712.55 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.54 | 8,700.01 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.93 | 8,687.08 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.92 | 8,674.16 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.65 | 8,662.51 |
| 04/01/14 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 7.64 | 8,654.87 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.88 | 8,641.99 |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-55598  -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | HEGSTAD, LAWRENCE MICHAEL | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0394  Checking Account |
| Taxpayer ID No: | *******9769 | | |
| For Period Ending: | 06/30/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Account   *******0394 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 2 | Checks | 15.30 |
| 0 | Interest Postings | 0.00 | 19 | Adjustments Out | 213.20 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ | 0.00 | | | |
| | | | | Total | $ | 228.50 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 8,870.49 | | | |
| | Total | $ | 8,870.49 | | | |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 6)*

LFORM2T4

Ver: 18.00a

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:  3

Exhibit B

| Case No: | 10-55598 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | HEGSTAD, LAWRENCE MICHAEL | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4014  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9769 | | | |
| For Period Ending: | 06/30/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/21/11 | * NOTE * | Lawrence Michael Hegstad | Sale of Assets | 1129-000 | 9,000.00 | | 9,000.00 |
| | | PO Box 88202 | * NOTE *  Properties 5, 8, 9, 17 | | | | |
| | | Carol Stream,  IL 60188 | | | | | |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 9,000.01 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 9,000.08 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,000.16 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 9,000.23 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,000.31 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.47 | 8,988.84 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,988.91 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.08 | 8,977.83 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,977.90 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.07 | 8,966.83 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 8,966.91 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.76 | 8,955.15 |
| 02/06/12 | 000301 | International Sureties | BOND | 2300-000 | | 8.08 | 8,947.07 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,947.14 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.64 | 8,936.50 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,936.57 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.99 | 8,925.58 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 8,925.66 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.34 | 8,914.32 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 8,914.40 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.33 | 8,903.07 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,903.14 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.58 | 8,892.56 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 8,892.64 |

Ver: 18.00a

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 10-55598 -DRC |
| Case Name: | HEGSTAD, LAWRENCE MICHAEL |
| Taxpayer ID No: | *******9769 |
| For Period Ending: | 06/30/14 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4014  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.66 | 8,880.98 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 8,881.05 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 10.56 | 8,870.49 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 8,870.49 | 0.00 |

| Account  *******4014 | | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| | 1 | Deposits | 9,000.00 | 1 | Checks | 8.08 |
| | 15 | Interest Postings | 1.05 | 11 | Adjustments Out | 122.48 |
| | | | | 1 | Transfers Out | 8,870.49 |
| | | Subtotal | $ 9,001.05 | | | |
| | | | | | Total | $ 9,001.05 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 9,001.05 | | | |

| Report Totals | | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| | 1 | Deposits | 9,000.00 | 3 | Checks | 23.38 |
| | 15 | Interest Postings | 1.05 | 30 | Adjustments Out | 335.68 |
| | | | | 1 | Transfers Out | 8,870.49 |
| | | Subtotal | $ 9,001.05 | | | |
| | | | | | Total | $ 9,229.55 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 8,870.49 | | | |
| | | Total | $ 17,871.54 | | Net Total Balance | $ 8,641.99 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   5

Exhibit B

| Case No: | 10-55598  -DRC |
|---|---|
| Case Name: | HEGSTAD, LAWRENCE MICHAEL |
| Taxpayer ID No: | *******9769 |
| For Period Ending: | 06/30/14 |

| Trustee Name: | GINA B. KROL |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4014  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

/s/    GINA B. KROL

Trustee's Signature: _____  Date: 06/30/14

GINA B. KROL

**UST Form 101-7-TFR (5/1/2011)** *(Page: 9)*

Ver: 18.00a

LFORM2T4

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 30, 2014 |

Case Number:     10-55598
Debtor Name:    HEGSTAD, LAWRENCE MICHAEL
Claims Bar Date: 09/21/11

Claim Class Sequence

Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $1,650.11 | $0.00 | $1,650.11 |
| BOND<br>999<br>2300-00 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Administrative | | $23.38 | $23.38 | $0.00 |
| 000001<br>070<br>7100-90 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $7,153.68 | $0.00 | $7,153.68 |
| 000002<br>070<br>7100-90 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $17,097.03 | $0.00 | $17,097.03 |
| 000003<br>070<br>7100-90 | American InfoSource LP as agent for<br>Citibank (South Dakota) N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $22,245.19 | $0.00 | $22,245.19 |
| 000004<br>070<br>7100-90 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $3,774.73 | $0.00 | $3,774.73 |
| 000005<br>070<br>7100-90 | Portfolio Recovery Associates, LLC<br>c/o Union Trust<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $10,132.28 | $0.00 | $10,132.28 |
| 000006<br>070<br>7100-90 | World Financial Network National Bank<br>Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $6,456.57 | $0.00 | $6,456.57 |
| | Case Totals: | | | $68,532.97 | $23.38 | $68,509.59 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-55598 DRC
Case Name: HEGSTAD, LAWRENCE MICHAEL
Trustee Name: GINA B. KROL

Balance on hand                                             $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses      $_____

Remaining Balance                                          $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court,
priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | $ | $ | $ |
| 000002 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | $ | $ | $ |
| 000003 | American InfoSource LP as agent for Citibank (South Dakota) N.A. PO Box 248840 Oklahoma City, OK 73124-8840 | $ | $ | $ |
| 000004 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ | $ | $ |
| 000005 | Portfolio Recovery Associates, LLC c/o Union Trust POB 41067 Norfolk VA 23541 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | World Financial Network National Bank Quantum3 Group LLC PO Box 788 Kirkland, WA 98083-0788 | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

 

 

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

 

 

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE