UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In re: §
§
HEGSTAD, LAWRENCE MICHAEL § Case No. 10-55598
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 10 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 08/22/2014 in Courtroom 240,
Kane County Courthouse
100 S. Third Street
Geneva, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/14/2014               By: JEFFREY P. ALLSTEADT
                                          Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
HEGSTAD, LAWRENCE MICHAEL § Case No. 10-55598
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 9,001.05 |
| and approved disbursements of | $ | 359.06 |
| leaving a balance on hand of[1] | $ | 8,641.99 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 1,650.11 | $ 0.00 | $ 1,650.11 |
| Other: International Sureties | $ 23.38 | $ 23.38 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,650.11 |
| Remaining Balance | | $ | 6,991.88 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 66,859.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FIA CARD SERVICES, N.A. | $ 7,153.68 | $ 0.00 | $ 748.10 |
| 000002 | FIA CARD SERVICES, N.A. | $ 17,097.03 | $ 0.00 | $ 1,787.93 |
| 000003 | American InfoSource LP as agent for | $ 22,245.19 | $ 0.00 | $ 2,326.31 |
| 000004 | Chase Bank USA, N.A. | $ 3,774.73 | $ 0.00 | $ 394.75 |
| 000005 | Portfolio Recovery Associates, LLC | $ 10,132.28 | $ 0.00 | $ 1,059.59 |
| 000006 | World Financial Network National Bank | $ 6,456.57 | $ 0.00 | $ 675.20 |

Total to be paid to timely general unsecured creditors       $       6,991.88

Remaining Balance                                             $           0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
                      Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-55598-DRC
Lawrence Michael Hegstad                                                Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1         User: gbeemster           Page 1 of 2           Date Rcvd: Jul 15, 2014
                             Form ID: pdf006           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2014.
```
db          #+Lawrence Michael Hegstad,    P.O. Box 88202,    Carol Stream, IL  60188-0202
17493882    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX  79998-2238
             (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE  19886-5102)
16557520    #Bank of America,    P.O.Box 15026,    Wilmington, DE  19850-5026
16557521     Bank of America,    P.O. Box 5170,    Simi Valley CA  93062-5170
16557522     Chase,    P.O. Box 15298,    Wilmington, DE  19850-5298
17565235     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE  19850-5145
16557523    +Chrysler Financial,    c/o Riezman Berger PC,    7700 Bonhomme Ave, 7th Fl,
             St Louis, MO  63105-1960
16557524    +Citi,    PO Box 6241,    Sioux Falls SD  57117-6241
17685031    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA  23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    c/o Union Trust,    POB 41067,
             Norfolk VA  23541)
16557526    +State Farm Bank,    PO Box 92,    Deposit NY  13754-0092
16557527     Union Plus Credit Card,    PO Box 80027,    Salinas CA  93912-0027
16557528     WFNNB - Gander Mastercard,    Attn: Bankruptcy Dept.,    PO Box 182125,    Columbus OH  43218-2125
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17499271      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 16 2014 02:15:56
              American InfoSource LP as agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
              Oklahoma City, OK  73124-8840
20718328      E-mail/PDF: rmscedi@recoverycorp.com Jul 16 2014 02:18:59
              Recovery Management Systems Corporation,    (Capital Recovery III LC),
              25 S.E. 2nd Avenue, Suite 1120,    Miami, FL  33131-1605
17714805      E-mail/Text: bnc-quantum@quantum3group.com Jul 16 2014 02:05:20
              World Financial Network National Bank,    Quantum3 Group LLC,    PO Box 788,
              Kirkland, WA  98083-0788
                                                                                               TOTAL: 3
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16557525    ##+Joan M. Hegstad,    1210 Brookstone Dr.,    Carol Stream  IL  60188-3339
                                                                                TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2014                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2014 at the address(es) listed below:
```
              Daniel K Robin    on behalf of Defendant Lawrence Michael Hegstad danatlaw@aol.com
              Daniel K Robin    on behalf of Debtor Lawrence Michael Hegstad danatlaw@aol.com
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com;jneiman@cohenandkrol.co
               m
              Gina B Krol    on behalf of Trustee Gina B Krol kingkrol@aol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com;jneiman@cohenandkrol.co
               m
```

```
District/off: 0752-1          User: gbeemster           Page 2 of 2              Date Rcvd: Jul 15, 2014
                              Form ID: pdf006           Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Joseph E Cohen     jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
              Kathryn A Klein    on behalf of Creditor   Chrysler Financial Services Americas, L.L.C. f/k/a
               DaimlerChrysler Financial Services Americas, L.L.C. iln@riezmanberger.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Timothy P Whelan   on behalf of Plaintiff Joan  Datillo tpwlaw@comcast.net,   tpwlaw@comcast.net
              Timothy P Whelan   on behalf of Creditor Joan   Datillo tpwlaw@comcast.net,   tpwlaw@comcast.net
                                                                                            TOTAL: 9
```