UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
HEGSTAD, LAWRENCE MICHAEL § Case No. 10-55598 DRC
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/GINA B. KROL_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P.O. Box 5170 Simi Valley CA 93062-5170 | | | | | |
| | Chrysler Financial P.O. Box 9223 Farmington Hills MI 48333-9223 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | WFNNB - Gander Mastercard Attn: Bankruptcy Dept. PO Box 182125 Columbus OH 43218-2125 | | | | | |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000001 | FIA CARD SERVICES, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | FIA CARD SERVICES, N.A. | | | | | |
| 000005 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000006 | WORLD FINANCIAL NETWORK NATIONAL BA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-55598 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | HEGSTAD, LAWRENCE MICHAEL | | | Date Filed (f) or Converted (c): | 12/16/10 (f) |
| | | | | 341(a) Meeting Date: | 02/15/11 |
| For Period Ending: | 01/26/15 | | | Claims Bar Date: | 09/21/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1210 BROOKSTONE DRIVE, CAROL STREAM IL | 205,000.00 | 0.00 | | 0.00 | FA |
| 2. NOMINAL CASH | 75.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING & SAV. CHASE | 600.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING AT DU PAGE CU | 14.00 | 0.00 | | 0.00 | FA |
| 5. MISC FURNITURE FURNISHINGS AND ELECTRONICS FOR 4 B | 600.00 | 1,500.00 | | 1,500.00 | FA |
| 6. MISC OLD USED CLOTHING | 300.00 | 0.00 | | 0.00 | FA |
| 7. OLD WATCH | 10.00 | 0.00 | | 0.00 | FA |
| 8. FISHING EQUIPMENT | 75.00 | 1,000.00 | | 1,000.00 | FA |
| 9. MODEL RAIL EQUIPMENT | 200.00 | 1,500.00 | | 1,500.00 | FA |
| 10. PISTOL, 2 SHOT GUNS, 2 RIFLES, 2 REVOLVERS | 800.00 | 0.00 | | 0.00 | FA |
| 11. TERM LIFE POLICY WITH MIDLAND NATIONAL | 1.00 | 0.00 | | 0.00 | FA |
| 12. WORK LIFE POLICY | 1.00 | 0.00 | | 0.00 | FA |
| 13. CAROL STEAM FIRE PROTECTION DISTRICT POST EMPLOYME | 19,650.00 | 0.00 | | 0.00 | FA |
| 14. CAROL STREAM FIRE DIST. DEFERRED COMP PLAN | 20,000.00 | 0.00 | | 0.00 | FA |
| 15. ROTH IRA VANGUARD | 2,300.00 | 0.00 | | 0.00 | FA |
| 16. 1995 CHEVROLET LUMINA | 500.00 | 0.00 | | 0.00 | FA |
| 17. DODGE DURANGO | 13,000.00 | 5,000.00 | | 5,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.05 | Unknown |

TOTALS (Excluding Unknown Values) $263,126.00 $9,000.00 $9,001.05

Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Ver: 18.03b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 10-55598    DRC    Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | HEGSTAD, LAWRENCE MICHAEL | Date Filed (f) or Converted (c): | 12/16/10 (f) |
| | | 341(a) Meeting Date: | 02/15/11 |
| | | Claims Bar Date: | 09/21/11 |

Trustee to prepare TDR
October 16, 2014, 01:22 pm
Trustee to review claims and file TFR.
October 17, 2013, 02:23 pm

Initial Projected Date of Final Report (TFR): 06/30/12    Current Projected Date of Final Report (TFR): 07/31/14

　　　/s/    GINA B. KROL
_____    Date: 01/26/15
　　　GINA B. KROL

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 10-55598 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | HEGSTAD, LAWRENCE MICHAEL | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0394 Checking Account |
| Taxpayer ID No: | *******9769 | | | |
| For Period Ending: | 01/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 8,870.49 | | 8,870.49 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.47 | 8,865.02 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.65 | 8,859.37 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.46 | 8,853.91 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.64 | 8,848.27 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.15 | 8,835.12 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 7.66 | 8,827.46 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.86 | 8,815.60 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.11 | 8,802.49 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.66 | 8,789.83 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.07 | 8,776.76 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.63 | 8,764.13 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.03 | 8,751.10 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.01 | 8,738.09 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.57 | 8,725.52 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.97 | 8,712.55 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.54 | 8,700.01 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.93 | 8,687.08 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.92 | 8,674.16 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.65 | 8,662.51 |
| 04/01/14 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 7.64 | 8,654.87 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.88 | 8,641.99 |
| 08/27/14 | 030003 | Gina B. Krol | Final Distribution | 2100-000 | | 1,650.11 | 6,991.88 |
| | | 105 W. Madison Street | Trustee's Compensation | | | | |

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-55598 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | HEGSTAD, LAWRENCE MICHAEL | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0394  Checking Account |
| Taxpayer ID No: | *******9769 | | | |
| For Period Ending: | 01/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/27/14 | 030004 | Suite 1100<br>Chicago, IL 60602<br>FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Final Distribution | 7100-900 | | 748.10 | 6,243.78 |
| 08/27/14 | 030005 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Final Distribution | 7100-900 | | 1,787.93 | 4,455.85 |
| 08/27/14 | 030006 | American InfoSource LP as agent for<br>Citibank (South Dakota) N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Final Distribution | 7100-900 | | 2,326.31 | 2,129.54 |
| 08/27/14 | 030007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Final Distribution | 7100-900 | | 394.75 | 1,734.79 |
| 08/27/14 | 030008 | Portfolio Recovery Associates, LLC<br>c/o Union Trust<br>POB 41067<br>Norfolk VA 23541 | Final Distribution | 7100-900 | | 1,059.59 | 675.20 |
| 08/27/14 | 030009 | World Financial Network National Bank<br>Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Final Distribution<br>(6-1) Unsecured Debt | 7100-900 | | 675.20 | 0.00 |

LFORM2T4 UST Form 101-7-TDR (5/1/2011) (Page: 10)

Ver: 18.03b

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-55598 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | HEGSTAD, LAWRENCE MICHAEL | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0394 Checking Account |
| Taxpayer ID No: | *******9769 | | |
| For Period Ending: | 01/26/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Account *******0394 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 9 | Checks | 8,657.29 |
| 0 | Interest Postings | 0.00 | 19 | Adjustments Out | 213.20 |
| | Subtotal | $ 0.00 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | $ 8,870.49 |
| 1 | Transfers In | 8,870.49 | | | |
| | Total | $ 8,870.49 | | | |

LFORM2T4 UST Form 101-7-TDR (5/1/2011) (Page: 11)

Ver: 18.03b

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-55598 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | HEGSTAD, LAWRENCE MICHAEL | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4014 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9769 | | |
| For Period Ending: | 01/26/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/21/11 | * NOTE * | Lawrence Michael Hegstad<br>PO Box 88202<br>Carol Stream,  IL 60188 | Sale of Assets<br>* NOTE *  Properties 5, 8, 9, 17 | 1129-000 | 9,000.00 | | 9,000.00 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 9,000.01 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 9,000.08 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,000.16 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 9,000.23 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,000.31 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.47 | 8,988.84 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,988.91 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.08 | 8,977.83 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,977.90 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.07 | 8,966.83 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 8,966.91 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.76 | 8,955.15 |
| 02/06/12 | 000301 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA  70139 | BOND<br>BOND | 2300-000 | | 8.08 | 8,947.07 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,947.14 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.64 | 8,936.50 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,936.57 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.99 | 8,925.58 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 8,925.66 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.34 | 8,914.32 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 8,914.40 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.33 | 8,903.07 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,903.14 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.58 | 8,892.56 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 8,892.64 |

LFORM2T4

UST Form 101-7-TDR (5/1/2011) (Page: 12)

Ver: 18.03b

FORM 2 Page: 5

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-55598 -DRC | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- |
| Case Name: | HEGSTAD, LAWRENCE MICHAEL | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4014 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9769 | | |
| For Period Ending: | 01/26/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.66 | 8,880.98 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 8,881.05 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 10.56 | 8,870.49 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 8,870.49 | 0.00 |

| Account *******4014 | | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 1 | Deposits | 9,000.00 | 1 | Checks | 8.08 |
| | 15 | Interest Postings | 1.05 | 11 | Adjustments Out | 122.48 |
| | | | | 1 | Transfers Out | 8,870.49 |
| | | Subtotal | $ 9,001.05 | | | |
| | | | | | Total | $ 9,001.05 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 9,001.05 | | | |

| Report Totals | | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 1 | Deposits | 9,000.00 | 10 | Checks | 8,665.37 |
| | 15 | Interest Postings | 1.05 | 30 | Adjustments Out | 335.68 |
| | | | | 1 | Transfers Out | 8,870.49 |
| | | Subtotal | $ 9,001.05 | | | |
| | | | | | Total | $ 17,871.54 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 8,870.49 | | | |
| | | Total | $ 17,871.54 | | Net Total Balance | $ 0.00 |

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-55598 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | HEGSTAD, LAWRENCE MICHAEL | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4014  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9769 | | |
| For Period Ending: | 01/26/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: /s/   GINA B. KROL    Date: 01/26/15
                              GINA B. KROL